**DENY and Opinion Filed March 22, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00157-CV**

## IN RE ANGELOS KOLOBOTOS AND KOLOBOTOS PROPERTIES, LLC, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16384**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Garcia

Relators' February 28, 2022 petition for writ of mandamus challenges the trial court's denial of their application for a temporary restraining order pending resolution of their bill of review. Entitlement to mandamus relief requires relators to show that the trial court has clearly abused its discretion and that they have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, the response, and the record, we conclude that relators have not shown their entitlement to the relief requested. Accordingly, we

deny the petition for writ of mandamus. We also lift the stay issued by our February 28, 2022 order.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220157F.P05